**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA,
ATLANTA DIVISION**

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>Plaintiff,<br><br>vs.<br><br>CENTERSTATE BANK CORPORATION, JAMES H. BINGHAM, MICHAEL J. BROWN, SR., CHARLES DENNIS CARLTON, MICHAEL F. CIFERRI, JOHN C. CORBETT, JODY DEAN DREYER, GRIFFIN A. GREENE, JOHN H. HOLCOMB, III, CHARLES W. MCPHERSON, RICHARD MURRAY, IV, GEORGE TIERSO NUNEZ, II, THOMAS E. OAKLEY, G. RUFFNER PAGE, JR., ERNEST S. PINNER, WILLIAM KNOX POU, JR., DANIEL R. RICHEY, DAVID G. SALYERS, JOSHUA A. SNIVELY, and MARK W. THOMPSON,<br><br>Defendants. | Civil Action No.  20-cv-01597-TWT<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a

motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: June 3, 2020              **WEISSLAW LLP**

/s/ *Michael A. Rogovin*
Michael A. Rogovin
Georgia Bar No. 780075
476 Hardendorf Ave. NE
Atlanta, GA 30307
Tel.: (404) 692-7910
Fax: (212) 682-3010
mrogovin@weisslawllp.com

*Attorneys for Plaintiff*